# Exhibit 1

Recording Requested By:
 Bureau of Indian Affairs
 U.S. Dept. of the Interior

When Recorded, Mail To:
 Bureau of Indian Affairs
 Pacific Region
 2800 Cottage Way
 Sacramento, CA 95825

Sacramento County Recorder
Donna Allred, Clerk/Recorder
BOOK **20170210** PAGE **1080**
Friday, FEB 10, 2017  3:02:45 PM
Ttl Pd    $39.00      Rcpt # 0009435658

FCA/34/1-7

A.P.N. 134-1010-001 (portion of)

R&TC §11922
Documentary Transfer Tax $ -0-
                              Indian Affairs
Signature of Declarant     Firm Name

# GRANT DEED

For valuable consideration, the undersigned, as the authorized representatives of Boyd Gaming Corporation, a Nevada corporation, and the Wilton Rancheria, California, a federally recognized tribe, do hereby grant to the United States of America in Trust for the Wilton Rancheria, California, the following described real property in the County of Sacramento, State of California, more particularly described on Exhibit "A" attached hereto and by this reference incorporated herein.

Acceptance of this conveyance on behalf of the United States of America shall be attached hereto as Exhibit "B" and recorded with this Grant Deed.

Date: 01/16/17

BOYD GAMING CORPORATION,
a Nevada corporation

By: [signature]
Name: Brian Larson
Title: Executive Vice President

Date: 01/17/17

WILTON RANCHERIA,
a federally recognized tribe

By: [signature]
Name: Raymond Hitchcock
Title: Chairman

Loose Notarization Attached

State of Nevada)

County of Clark)

This Instrument was acknowledged before me on January 16, 2017 by Brian A. Larson as Executive Vice President of Boyd Gaming Corporation.

_____
Notary Public

```
BONNIE R. BRUCE
Notary Public State of Nevada
No. 97-0398-1
My Appt. Exp. Jan. 23, 2017
```

This acknowledgement accompanies a Grant Deed dated January 16, 2017

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento

On 1/17/2017 before me, Raquel Elaine Williams Notary Public
(insert name and title of the officer)

personally appeared Raymond C. Hitchcock,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

RAQUEL ELAINE WILLIAMS
Commission # 2042801
Notary Public - California
San Joaquin County
My Comm. Expires Sep 23, 2017

## EXHIBIT 'A'

**LEGAL DESCRIPTION**
**ELK GROVE PROMENADE**
**BOYD GAMING PARCEL**
Page 1 of 3

Being a portion of Lot A as shown on that certain map entitled "Subdivision No. 00-038.00 Lent Ranch Marketplace" filed for record on December 14, 2007 in Book 372 of Maps, Page 27, located in the City of Elk Grove, County of Sacramento, State of California, more particularly described as follows:

**Commencing** at a point which is the northeasterly corner of Lot A of said map, being a 3/4" iron pipe with plug stamped L.S. 6815; Thence leaving said **Point of Commencement** along the northeasterly line of said Lot A, South 37°55'18" East, a distance of 533.10 feet; Thence leaving said northeasterly line, entering and passing through said Lot A, South 51°30'01" West, a distance of 24.29 feet to the true **Point of Beginning**. Thence leaving said Point of Beginning and continuing through said Lot A, South 51°30'01" West, a distance of 1780.56 feet to a point on the southwesterly line of said Lot A, also being a point on the northeasterly right-of-way line of Promenade Parkway as shown on said map;

Thence northwesterly and northerly, respectively, along said right-of-way line, the following Twenty-one (21) arcs, courses and distances:

1) from a radial line which bears South 57°17'37" West, along a non-tangent curve concave to the east, having a radius of 1,452.00 feet, northwesterly 564.43 feet along said curve through a central angle of 22°16'20";
2) North 79°33'57" East, a distance of 6.00 feet;
3) from a radial line which bears South 79°33'57" West, along a non-tangent curve concave to the southeast, having a radius of 25.00 feet, northeasterly 40.55 feet along said curve through a central angle of 92°56'41";
4) North 82°30'38" East, a distance of 51.72 feet;
5) North 07°29'22" West, a distance of 100.00 feet;
6) South 82°30'38" West, a distance of 53.51 feet;
7) along a tangent curve concave to the northeast, having a radius of 25.00 feet, northwesterly 40.62 feet along said curve through a central angle of 93°06'07";
8) South 85°36'45" West, a distance of 6.00 feet;
9) from a radial line which bears South 85°36'45" West, along a non-tangent curve concave to the east, having a radius of 1,454.00 feet, northerly 93.58 feet along said curve through a central angle of 03°41'16";
10) North 00°42'00" West, a distance of 147.80 feet;
11) North 89°18'00" East, a distance of 6.00 feet;
12) from a radial line which bears South 89°18'00" West, along a non-tangent curve concave to the southeast, having a radius of 25.00 feet, northeasterly 39.27 feet along said curve through a central angle of 90°00'00";
13) North 89°18'00" East, a distance of 6.00 feet;
14) North 00°42'00" West, a distance of 50.00 feet;
15) South 89°18'00" West, a distance of 13.34 feet;

## EXHIBIT 'A'

### LEGAL DESCRIPTION
### ELK GROVE PROMENADE
### BOYD GAMING PARCEL
### Page 2 of 3

16) along a tangent curve concave to the northeast, having a radius of 25.00 feet, northwesterly 38.46 feet along said curve through a central angle of 88°08'33";
17) South 87°26'33" West, a distance of 6.00 feet;
18) North 02°33'27" West, a distance of 51.58 feet;
19) North 00°42'00" West, a distance of 563.84 feet;
20) North 89°18'00" East, a distance of 6.00 feet;
21) from a radial line which bears South 89°18'00" West, along a non-tangent curve concave to the east, having a radius of 25.00 feet, northerly 6.76 feet along said curve through a central angle of 15°30'00" to the northwest corner of said Lot A and a point on the common line between said Lot A and Lot G of said Map;

Thence leaving said northeasterly line, along said common line, the following four (4) arcs, courses and distances:

1) North 89°12'25" East, a distance of 86.70 feet;
2) along a tangent curve concave to the southwest, having a radius of 330.00 feet, southeasterly 314.08 feet along said curve through a central angle of 54°31'51";
3) South 36°05'44" East, a distance of 86.17 feet;
4) along a tangent curve concave to the north, having a radius of 25.00 feet, easterly 37.96 feet along said curve through a central angle of 87°00'21";

Thence leaving said common line, entering and passing through said Lot A, the following eight (8) arcs, courses and distances:

1) South 32°02'06" East, a distance of 66.91 feet;
2) from a radial line which bears North 33°08'11" West, along a non-tangent curve concave to the south, having a radius of 978.00 feet, easterly 417.51 feet along said curve through a central angle of 24°27'35";
3) North 81°19'25" East, a distance of 19.83 feet;
4) along a tangent curve concave to the south, having a radius of 879.00 feet, easterly 342.73 feet along said curve through a central angle of 22°20'25";
5) South 76°20'11" East, a distance of 12.19 feet;
6) along a tangent curve concave to the southwest, having a radius of 342.00 feet, southeasterly 157.69 feet along said curve through a central angle of 26°25'03";
7) along a compound curve concave to the southwest, having a radius of 342.00 feet, southeasterly 71.04 feet along said curve through a central angle of 11°54'08";
8) South 38°01'00" East, a distance of 346.19 feet to the **POINT OF BEGINNING**.

Containing 35.92 acres, more or less.

### EXHIBIT 'A'

#### LEGAL DESCRIPTION
#### ELK GROVE PROMENADE
#### BOYD GAMING PARCEL
#### Page 3 of 3

The above described parcel also being Parcels 8 and 9 as shown on that certain Parcel Map entitled "Parcel Map No. 07-137 Elk Grove Promenade – Lot A" filed for record on December 23, 2016 in Book 228 of Parcel Maps, Page 13, and Resultant Parcels 3 and 4 as described in the that certain Grant Deed filed for record on January 9, 2017 in Book 20170109 of Official Records, Page 1363, Sacramento County Records.

The Basis of Bearings for this description is the California State Plane Coordinate System, Zone 2, NAD 83, Epoch Date 1997.30 as measured between NGS Station "Eschinger", 1st Order and NGS Station "Keller", 1st Order. Said Bearing is North 20°56'36" West. Distances shown are ground based.

January 17, 2017

END OF DESCRIPTION

PREPARED BY WOOD RODGERS, INC.
SACRAMENTO, CALIFORNIA



**United States Department of the Interior**

BUREAU OF INDIAN AFFAIRS
Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO:

Exhibit "B"

ACCEPTANCE OF CONVEYANCE

The undersigned, as the authorized representative of the Secretary of the Interior, United States Department of the Interior, Bureau of Indian Affairs, hereby accepts that grant of real property described in that Grant Deed dated January 16, 2017 and January 17, 2017 from an authorized representative of Boyd Gaming Corporation, a Nevada Corporation, and Wilton Rancheria, California, a federally recognized tribe, to the United States of America in trust for the Wilton, California. Said grant is accepted by the United States of America pursuant to the Indian Reorganization Act of 1934 (25 U.S.C. § 5108).

Date: 2/10/17

_____
Acting Regional Director

Pursuant to the authority delegated
from the Secretary as set forth in 209
DM 8, 230 DM 1, and 3 IAM 4.

**ACKNOWLEDGMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Sacramento)

On __2/10/17__, before me, __Lorrae Russell__, a notary public, personally appeared __Kevin Bearquiver__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL.

LORRAE RUSSELL
Commission # 2060334
Notary Public - California
Sacramento County
My Comm. Expires Mar 8, 2018

Signature __Lorrae Russell__
Notary Public

TAKE PRIDE®
IN AMERICA