# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5285**  **September Term, 2020**

**1:17-cv-00058-TNM**

**Filed On: June 21, 2021** [1903045]

Stand Up For California!, et al.,

      Appellants

  v.

United States Department of the Interior, et al.,

      Appellees

## M A N D A T E

In accordance with the judgment of April 16, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

             BY:    /s/
                               Daniel J. Reidy
                               Deputy Clerk

Link to the judgment filed April 16, 2021