# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-5285**                               **September Term, 2020**
FILED ON: APRIL 16, 2021

STAND UP FOR CALIFORNIA!, ET AL.,
        APPELLANTS

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-00058)

Before: GARLAND*, PILLARD and WILKINS, *Circuit Judges*

### J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                               BY:     /s/

                                               Daniel J. Reidy
                                               Deputy Clerk

Date: April 16, 2021

Opinion for the court filed by Circuit Judge Wilkins.

\* Judge Garland was a member of the panel at the time this case was submitted but did not participate in the final disposition of the case.